UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHANIE G. BRENOT,<br><br>  Plaintiff,<br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>  Defendant. | CASE NO. 3:21-cv-05764-TL<br><br>ORDER ON JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER |

The parties have requested entry of a Protective Order Regarding Confidential Materials ("Protective Order") submitted as an exhibit to their Joint Status Report (Dkt. No. 19). The Court understands the Protective Order is based upon one entered in the AMS mesh MDL (MDL No. 2325). Nevertheless, under the Local Civil Rules, "[p]arties that wish to depart from [this district's] model order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2).

The Court directs the parties to file a separate stipulation for the entry of a protective order that complies with LCR 26. If the proposed order differs significantly from the Model

ORDER ON JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER - 1

Stipulated Protective Order for the Western District of Washington, as an alternative to providing a redlined version, the parties may provide an explanation as to why they should not be subject to any missing provisions from the model order (*e.g.*, Paragraph 5.1, Exercise of Restraint and Care in Designating Material for Protection).

In addition, this Court's initial case scheduling order contains two requirements for joint status reports that were not included in the one received by the parties: (1) a certification that all counsel and any *pro se* parties have reviewed Judge Lin's Chambers Procedures (available at https://www.wawd.uscourts.gov/judges/lin-procedures), the Local Rules, and the applicable Electronic Filing Procedures; and (2) a certification that all counsel and any *pro se* parties have reviewed and complied with Judge Lin's Standing Order Regarding 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges. The Court further directs the parties to file these required certifications within **fourteen (14) days** of this Order.

IT IS SO ORDERED.

Dated this 26th day of January, 2022.

Tana Lin
United States District Judge

ORDER ON JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER - 2