UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE G. BRENOT,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant(s). | CASE NO. 3:21-cv-05764-TL<br><br>MINUTE ORDER |

MINUTE ORDER - 1

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy filed on August 22, 2022 (Dkt. No. 29), the Court hereby STAYS this case pending further order pursuant to 11 U.S.C. § 362.

(2) The parties shall file a Joint Status Report within **fourteen (14) days** of the conclusion of bankruptcy proceedings.

Dated this 10th day of March 2023.

                                        Ravi Subramanian
                                        Clerk of the Court

                                        s/ Kadya Peter
                                        Deputy Clerk